No. 77–6200. VAN BUREN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 77–6205. BROWN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–6206. LOWE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 77–6246. SUMLIN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–6204. BONNER *v.* COUGHLIN ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 77–1020. WINOKUR ET AL. *v.* BELL FEDERAL SAVINGS & LOAN ASSN. ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 77–121. WALKER, GOVERNOR OF ILLINOIS, ET AL. *v.* LITTLE. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 77–732. MICHIGAN *v.* HAMPTON. Ct. App. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 77–743. ROWE, CORRECTIONS DIRECTOR, ET AL. *v.* FERRIS. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 77–986. BLACK, REFORMATORY SUPERINTENDENT *v.* NIEMEYER ET AL. C. A. 6th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.